IT IS ORDERED as set forth below:



Date: January 14, 2016

*John S. Dalis*

United States Bankruptcy Judge
Southern District of Georgia

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  **Roger C. Griffin and Carolyn S. Griffin,**

Debtor(s)

Case No.: **13-20703**
Judge: **John S. Dalis**
Chapter: **13**

### ORDER ON MOTION FOR RELIEF FROM STAY
(Official Local Form B-55 / Revised October 2013)

MOVANT: **FEDERAL NATIONAL MORTGAGE ASSOCIATION**

SUBJECT PROPERTY: **Real property with an address of 3275 GA Highway 144, Baxley, Georgia 31513**

After notice and a hearing the Motion is ordered:

☐ Granted
  ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.
  ☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____ am / pm

☐ Continued.  The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing.  That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☒ Denied on the condition that.

   ☒ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

   ☐ The Debtor shall tender payments to Movant or take other action as follows:

      Post-petition arrearage is $ **3,923.20** through the **01/01/2016** payment due date, plus attorney's fees of $ **N/A** and court costs of $ **N/A** for a total arrearage of $ **3,923.20**.

   ☐ Debtor shall pay to Movant the sum of $_____ on or before _____ which sum shall be applied to the above-referenced total arrearage.

   ☒ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of $ **435.91** per month beginning **February 15, 2016** and continuing on the **15th** day of each successive month thereafter, with a final additional payment of $ **435.92** being due on or before **October 15, 2016**.

   ☒ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning **February 01, 2016**, and maintain current monthly payments thereunder for the pendency of this case.  All payments must include the last four digits of the account number **XXXX5087** and shall be sent to the following address, depending on the type of payment:

> **Federal National Mortgage Association ("Fannie Mae")**
> **creditor c/o Seterus, Inc.**
> **P. O. Box 2206**
> **Grand Rapids, MI  49501-2206**

STRICT COMPLIANCE IS ORDERED as follows:

☒ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney.  Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☒ If relief is granted under this Order, Movant and Trustee shall thereafter be relieved from complying with Fed. R. Bank, P. 3002.1 in the instant bankruptcy case prospectively from the date the relief is granted.

☒ The strict compliance provision of this Order shall expire on **February 01, 2017**

Case No.:  13-20703
Page 3

☐ Other provisions: _____

_____

_____

_____

_____

_____

_____

_____ .

**NOTE TO COUNSEL:** THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.
[END OF DOCUMENT]

By our signatures below we do hereby consent to the entry of the foregoing order:

_____        _____        _____
Attorney for Movant                Attorney for Respondent/Debtor       Trustee
print name: R. Michael Souther     print name: Joelyn W. Pirkle         print name: m. Elaina Massey
                                   GA Bar No 143150

M. Elaina Massey
Office of the Chapter 13 Trustee
P.O. Box 1717
Brunswick, GA 31521
GA Bar # 016118

(eOrders Format Revision 05/14)